

July 27, 1979.

C. A. No. 78-112.  STATE *v.* DONALD PORRARO.  The defendant's motion for reargument is denied.

Mr. Chief Justice Bevilacqua and Mr. Justice Weisberger did not participate. *Dennis J. Roberts II,* Attorney General, *Thomas H. Caruolo,* Special Assistant Attorney General, for plaintiff. *John F. Cicilline,* for defendant.

Appeal No. 77-310.  HARRY HOFFMAN *v.* MARVIN SACHS. The defendant's motion for extension of the time within which to petition for reargument is granted. The petition for reargument is denied. The stay entered in this case on July 25, 1979 is vacated.

Mr. Justice Weisberger did not participate. *John F. McBurney,* for plaintiff. *Richard A. Ciccone,* for defendant.

Appeal No. 79-97.  SAVOY REALTY CORP. *v.* LPL, INC. *et al.* The plaintiff's motion to vacate the Superior Court order for bond as prayed is denied. This case is remanded to the